UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-0475-JLS (AS)** | Date | July 23, 2026 |
|---|---|---|---|

| Title | **Ekaterina Gorelova v. Warden or Facility Administrator of Adelanto Detention Facility, et. al.,** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    UNITED STATES MAGISTRATE  JUDGE ALKA SAGAR

| Alma Felix | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION (Dkt. No. 21)**

On February 3, 2026, Petitioner, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (Dkt. No. 1).  On July 22, 2026, Petitioner, now proceeding through counsel, filed a Motion for Leave to File a First Amended Petition ("Motion") with a proposed First Amended Petition.  (Dkt. No. 21).

Petitioner's Motion (Dkt. No. 21) is **GRANTED**.  Petitioner's counsel shall promptly file the First Amended Petition "as a separate document in the Court's CM/ECF System."  Local Rule 15-1.

Respondents shall file an Answer to the First Amended Petition within seven (7) days of the date Petitioner's counsel files the First Amended Petition in the Court's CM/ECF System. Any argument that the First Amended Petition should be dismissed shall be made in the Answer and not by separate motion.  Thereafter, Petitioner may file a Reply within three (3) days after the Answer is served.  If any of these deadlines fall on a weekend, holiday, or day the court is closed, the deadline shall be the next business day on which the court is open.

**IT IS SO ORDERED**.

cc:  Josephine L. Staton
     United States District Judge

---

CV-90                                **CIVIL MINUTES—GENERAL**                        Initials of Deputy Clerk __